# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant. | No. CV 20-29-H-SEH<br><br>ORDER |

On May 12, 2020, the Court ordered each party to file a preliminary pretrial statement on or before June 19, 2020, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)–(iii) and L.R. 16.2(b)(1).[1]

Notwithstanding strict compliance requirements of the Court's Order of May 12, 2020,[2] the preliminary pretrial statements filed on June 19, 2020,[3] do not comply with the Order.[4]

---

[1] Doc. 8 at 4–5.

[2] Doc. 8.

[3] Docs. 11, 12.

[4] *See* Fed. R. Civ. P. 26(a)(1)(A)(ii).

ORDERED:

This case will be dismissed on June 26, 2020, unless necessary and appropriate revisions of the preliminary pretrial statements addressing the deficiencies outlined above are filed and served on or before **June 25, 2020.**

DATED this 22nd day of June, 2020.

SAM E. HADDON
United States District Judge