# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant. | No. CV 20-29-H-SEH<br><br>ORDER |

A preliminary pretrial conference was held on June 30, 2020, at the Paul G. Hatfield Courthouse, Helena, Montana. Plaintiff was represented by David K.W. Wilson, Jr., Esq. Defendant was represented by Chad Spraker, Esq.

The parties having expressed optimism to be able to address and resolve significant discovery and merit resolution issues by agreement,

ORDERED:

1. <u>Scheduling Order</u>: The following schedule, established with the concurrence of the parties, will be observed:

| | |
|---|---|
| Defendant shall produce "rolling monthly productions"[1] of all non-exempt records responsive to Plaintiff's Freedom of Information Act ("FOIA") request on or before: | October 2, 2020. |
| Objections to any records withheld from production shall be filed on or before: | October 30, 2020. |
| Responses to objections to any records withheld from production shall be filed on or before: | November 20, 2020. |

2.    Any unresolved issues related to records withheld from production or to Plaintiff's claim for attorney's fees and costs under 5 U.S.C. § 552 will be addressed if necessary and appropriate by further proceeding to be set if warranted by order of court.

DATED this 6th day of July, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] *See* Doc. 9 at 2–3.